UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. B. (A Juvenile), A2024,<br><br>Petitioner,<br><br>v.<br><br>WENDY STILL, Chief Probation Officer,<br><br>Respondent. | Case No. 18-cv-00687-CRB (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order denying petition for a writ of habeas corpus and a certificate of appealability, judgment is entered in favor of respondent and against petitioner.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 5, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HAYDEN BEAULIEU, | Case No. 3:18-cv-00687-CRB |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| WENDY STILL, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 5, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hayden Beaulieu
#A-2024
2500 Fairmont Drive
San Leandro, CA 94578

Dated: April 5, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER

2